360

Sharon ELLZEY, Plaintiff—Appellant

v.

Marlin GUSMAN, Sheriff Orleans Parish, In his individual capacity, Defendant—Appellee.

No. 11–30678.

United States Court of Appeals, Fifth Circuit.

May 7, 2012.

John Courtney Wilson, Metairie, LA, for Plaintiff–Appellant.

John F. Weeks, II, Freeman R. Matthews, Esq., Usry, Weeks & Matthews, A.P.L.C., New Orleans, LA, for Defendant–Appellee.

Before JOLLY, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM: *

The judgment of the district court is AFFIRMED. *See* 5TH CIR. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

